UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID BENEDETTI<br><br>        Defendant. | 2:02-CR-00628-LDG-PAL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#76), sentencing held on July 11, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: AFFILIATED FM INSURANCE CO
    Amount of Restitution: $45,236.02

    Name of Payee: PAN PACIFIC RETAIL PROPERTIES
    Amount of Restitution: $5,000.00

**Total Amount of Restitution ordered: $50,236.02\*\***

\*\*Joint and several with co-defendants Gina Zakraoui and Moez Zakraoui

Dated this _____15th____ day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE